ELLIOT ENOKI
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
U. S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff UNITED
STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 0 2001

at 3 o'clock and 20 min P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00046 DAE -02 |
| Plaintiff, ) | INFORMATION |
| vs. ) | [21 U.S.C. § 841(a)(1)] |
| MARIAN SUNG SOON SUTTON, ) aka "Aunty," (02) ) | |
| Defendant. ) | |

INFORMATION

COUNT 1

The United States Attorney charges that:

On or about June 1, 2000, in the District of Hawaii, the defendant, MARIAN SUNG SOON SUTTON, aka "Aunty," did knowingly and intentionally distribute a quantity of heroin, approximately 1.829 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 2

On or about January 22, 2001, in the District of Hawaii, the defendant, MARIAN SUNG SOON SUTTON, aka "Aunty," did knowingly and intentionally distribute a quantity of heroin, approximately 0.61 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: JUL 10 2001, at Honolulu, Hawaii.

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

USA v. Marian Sung Soon Sutton
Cr. No. 01-00046 DAE -02
"Information"